# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 266 WAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BRADY COLLIN DISTEFANO, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of February, 2021, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Did the Superior Court err in reversing the order entered November 14, 2019, by departing from [the] standard of review for the admission or exclusion of evidence and so conflicted with binding precedent inasmuch as the Superior Court engaged in a de novo examination of the challenged evidence rather than reviewing the [t]rial [c]ourt's exercise of discretion?